# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KING, | Case No. CV 09-0706-TJH (JEM) |
| Plaintiff, | ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH COURT ORDER |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

On March 30, 2009, Plaintiff William King ("Plaintiff") filed a First Amended Complaint ("FAC"). On May 15, 2009, the Court issued an Order, *inter alia*, directing the United States Marshal ("Marshal") to serve the FAC and requiring Plaintiff to file on or before June 15, 2009, (1) a Notice of Submission indicating that the required USM-285 forms and copies of his FAC had been submitted to the Marshal, and (2) copies of the USM-285 forms submitted to the Marshal. On May 28, 2009, Plaintiff filed a request for enlargement of time to file the Notice of Submission and provide the Marshal with the USM-285 forms and copies of the FAC. On June 1, 2009, the Court issued an Order granting, in part, Plaintiff's request and allowing him until July 15, 2009, to file the required documents. To date, Plaintiff has not filed a Notice of Submission and has not filed the required USM-285 forms.

Accordingly, IT IS HEREBY ORDERED that Plaintiff SHOW CAUSE why this action should not be dismissed for failure to comply with the Court's June 1, 2009, Order, which

ordered him to file the Notice of Submission and copies of the USM-285 forms submitted to the Marshal no later than July 15, 2009.  Plaintiff shall respond to this Order to Show Cause **in writing** on or before **Monday, August 10, 2009.**

      In responding, Plaintiff must:  (1) file the Notice of Submission, indicating that all required documents have been submitted to the Marshal, and copies of the USM-285 forms submitted to the Marshal; or (2) explain why he has failed to do so.

      Plaintiff is advised that failure to respond to this Order to Show Cause as directed will result in the Court recommending that the case be dismissed for failure to comply with a court order.

      Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted upon the filing of Plaintiff's response.

DATED: July 29, 2009

                        /s/-John E. McDermott
                        JOHN E. MCDERMOTT
                      UNITED STATES MAGISTRATE JUDGE